FILED
2020 Sep-01 AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| DARRAYL MACKQUAY MCDOWELL, | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) Case No. 5:19-cv-01774-LSC-GMB |
| v. | ) <br> ) |
| DEBORAH TONEY, et al., | ) <br> ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Darrayl Mackquay McDowell, a state prisoner proceeding *pro se*. On July 28, 2020, the Magistrate Judge entered a Report recommending the petition be denied. (Doc. 8). Although the parties were advised of their right to file specific written objections, no objections have been received by the court.

After careful review of the record in this case, including the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation. In accordance with the recommendation, the court finds that the petition in this matter is due to be **DENIED** and this action **DISMISSED WITH PREJUDICE**. A certificate of appealability is due to be **DENIED**.

**DONE** and **ORDERED** on August 31, 2020.

_____
L. Scott Coogler
United States District Judge

160704